IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>    Plaintiff,<br><br> v.<br><br>ASIAN WORLD OF MARTIAL ARTS, INC.,<br><br>    Defendant. | Civil Action No. 1:20-cv-01914<br><br>NOTICE OF SETTLEMENT |

## **NOTICE OF SETTLEMENT**

HOLGER FIALLO ("Plaintiff"), by and through undersigned counsel, hereby advises this Honorable Court he has reached an agreement in principle with Defendant ASIAN WORLD OF MARTIAL ARTS, INC. The parties are finalizing settlement documents, and expect to file a stipulation for dismissal within 30 days. The parties respectfully request the Court vacate all hearings and deadlines, including the upcoming Status Conference on September 22, 2020.

Dated: September 16, 2020    Respectfully Submitted,

              */s/ Benjamin J. Sweet*
              Benjamin J. Sweet
              ben@nshmlaw.com
              NYE, STIRLING, HALE & MILLER, LLP
              1145 Bower Hill Road, Suite 104
              Pittsburgh, PA 15243

              *Attorneys for Plaintiff Holger Fiallo*

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of September, 2020, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

/s/ Benjamin J. Sweet
Benjamin J. Sweet